■ Leo Karp, Respondent, v. Liggett & Myers Tobacco Company, Appellant.— Order entered April 5, 1968 granting the action a preference unanimously affirmed, without costs or disbursements, and without prejudice to an examination before trial by the defendant of plaintiff, including a physical examination. Concur — Stevens, J. P., Eager, Capozzoli, McGivern and Rabin, JJ.

■ Merle Z. Donovan, Individually and as Executrix of Sherman J. Donovan, Jr., Deceased, et al., Respondents, v. Eastern Air Lines, Inc., et al., Defendants, and Kollsman Instrument Corporation, Appellant.— (And Eight Other Actions.) Orders entered March 11, 1968 unanimously affirmed, without costs or disbursements, but without prejudice to renewal upon completion of pretrial proceedings. Concur — Steuer, J. P., Tilzer, McGivern and McNally, JJ.

■ Gilben, Inc., Respondent, v. Carvel Dari-Freeze Stores, Inc., Appellant.— Order entered April 17, 1968, unanimously affirmed, with $50 costs and disbursements to respondent. In deciding we do not pass upon the sufficiency of the complaint. Concur — Eager, J. P., Steuer, Capozzoli, McGivern and McNally, JJ.